# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

KENNETH CLARK,         )
                           )
    Plaintiff,             )
                           )
v.                        )          CV418-118
                           )
STATE BAR OF GEORGIA,    )
                           )
    Defendant.         )

## **ORDER**

Kenneth Clark, currently incarcerated at Smith State Prison in Glenville, Georgia, has filed a 42 U.S.C. § 1983 action challenging various aspects of his treatment at the prison. Doc. 1. The Clerk assigned this case to the Savannah Division of this Court. Since Clark is in custody in Tattnall County, this case should have been filed in the Statesboro Division. *See* 28 U.S.C. § 90(c)(6). Accordingly, this action is reassigned to the Statesboro Division.

**SO ORDERED,** this <u>19th</u> day of June, 2018.

                           _____
                           UNITED STATES MAGISTRATE JUDGE
                           SOUTHERN DISTRICT OF GEORGIA